UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY McMASTER,

        Plaintiff,                                   No. 18-13875

v.                                              District Judge Sean F. Cox
                                                    Magistrate Judge R. Steven Whalen

KOHL'S DEPARTMENT STORES,
INC.,

        Defendant.

                                                    /

**ORDER**

For the reasons and under the terms stated on the record on September 18, 2019, Defendant's Motion to Compel Discovery [ECF No. 16] is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED to the extent that the Plaintiff will sign releases for all psychiatric records, psychological records, and psychological or emotional counseling records, both pre-termination and post-termination, from the Center for Counseling, Dr. Shuja Haque, and Dr. Basivi Baddigam, as well as from any other provider of psychiatric or psychological evaluation or treatment to Plaintiff.[1] The production of these records will be subject to a protective order as set forth on the record on September 18, 2019. Within seven days of this Order, the parties will submit to the Court a stipulated proposed

---

[1] The Defendant also requested releases as to Dr. Parag Patel/Silver Pine Family Physicians, Henry Ford Macomb Hospital, and Henry Ford Macomb-Mt. Clemens Campus. It is unclear whether those entities treated Plaintiff for any psychological or psychiatric issues, as opposed to physical/medical problems. If they did provide psychological or psychiatric treatment, then Plaintiff will authorize the release of that information only, not physical or medical treatment.

protective order.

The motion is DENIED WITHOUT PREJUDICE as to Defendant's request for other medical records.

IT IS SO ORDERED.

Dated: September 23, 2019

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on September 23, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants September 23, 2019.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen